DANIEL McDERMOTT, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued December 4, 1884; decided January 20, 1885.)

*Samuel Hand* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———————

JAMES HENNESSY, Respondent, *v.* THE GREENWICH INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.

(Argued December 8, 1884; decided January 20, 1885.)

*Osborn E. Bright* for appellant.

*George W. Van Slyck* for respondent.

Agree to affirm; no opinion.
All concur, except RAPALLO and EARL, JJ., not voting.
Judgment affirmed.

———————

HENRY PENNIE, Respondent, *v.* THE CITY OF BROOKLYN, Appellant.

(Argued December 8, 1884; decided January 20, 1885.)

*Alfred E. Mudge* for appellant.

*Charles P. Miller* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.